

# Fourth Court of Appeals
## San Antonio, Texas

June 13, 2014

No. 04-13-00602-CV

Phyllis K. **PACHECO** and Mark Pacheco,
Appellants

v.

Larry W. **FREISENHAHN**, Jr., Manager and President of Freisenhahn Land Company, L.L.C.,
and General Partner of Freisenhahn Development Properties, LP,
Appellees

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 11-05-0460-B-CVA
Honorable Stella Saxon, Judge Presiding

## O R D E R

We order the Atascosa County District Clerk to file a supplemental record containing the following the following items:

(1)  The trial court's Unopposed Order Granting Motion to Sever, signed August 5, 2013; and
(2)  The docket sheet in the severed cause, No. 11-05-0460-B-CVA.

The supplemental record is due June 20, 2014.

It is so **ORDERED** on June 13, 2014.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court